# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARNON BOTAL, | )<br>) |
| Plaintiff, | )<br>) Case No. 2:13-cv-01568-MMD-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| ADVENTURE PHOTO TOURS, INC.,<br>d/b/a "APT Limousine Service," | )<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Amended Complaint (#10) in this matter was filed April 27, 2015. Defendant filed its Answer (#14) on May 29, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **August 2, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 22nd day of July, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge