ALEXIS BROWN LAW, CHTD.
Alexis L. Brown (No. 12338)
6955 N. Durango Dr., Suite 1115-#101
Las Vegas, Nevada 89149
Tel: (702) 581-1494
Fax: (702) 551-1251
alexis@alexisbrownlaw.com
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARNON BOTAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ADVENTURE PHOTO TOURS, INC., d.b.a "APT Limousine Service,"<br><br>Defendant. | Case No.: 2:13-cv-01568-MMD-GWF<br><br>**STIPULATION FOR DISMISSAL, WITH PREJUDICE** |

    IT IS HEREBY STIPULATED, by and between Plaintiff ARNON BOTAL ("Plaintiff"), by and through his attorney RUTH L. COTHEN, ESQ. of THE FEDERAL DEFENDERS LAW GROUP, LLC, and Defendant ADVENTURE PHOTO TOURS, INC. ("Defendant" and with Plaintiff, the "Parties"), by and through its attorney ALEXIS L. BROWN, ESQ. of ALEXIS BROWN LAW, CHTD., that the above-captioned action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

    WHEREAS, the Parties have executed a Settlement Agreement resolving any dispute between them and the Parties now wish to dismiss the above-captioned matter, with prejudice.

    NOW, THEREFORE, the Parties stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all causes of action that were, or could have been, raised by the Parties in

1

the above-captioned matter are hereby dismissed, with prejudice, with each party to cover its respective attorneys' fees and costs incurred.

DATED this 30 day of November, 2015.   DATED this 27th day of Oct., 2015.

ALEXIS BROWN LAW, CHTD.                  THE FEDERAL DEFENDERS LAW
                                         GROUP, LLC

By: _____              By: _____
Alexis L. Brown (No. 12338)              Ruth L. Cohen (No. 1782)
6955 N. Durango Dr., Suite 1115-#101     4240 W. Flamingo Rd., Suite 220
Las Vegas, Nevada 89149                  Las Vegas, Nevada 89103

*Attorney for Plaintiff*                 *Attorney for Defendant*

                                         IT IS SO ORDERED.

Dated: November 30, 2015                 _____
                                         U.S. District Judge

2

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Alexis Brown Law, Chtd. and that on the 30 day of November, 2015, I served a true copy of the foregoing **STIPULATION FOR DISMISSAL, WITH PREJUDICE** upon each of the parties to this action via the Court's CM-ECF system, courtesy copy by email, and/or by placing a copy of the same in the United States Mail, first class postage prepaid addressed as follows:

Ruth L. Cohen, Esq.
THE FEDERAL DEFENDERS LAW GROUP, LLC
4240 W. Flamingo Rd., Suite 220
Las Vegas, Nevada 89103
Email: ruth.cohen@thefederaldefenders.com

_____
An employee of Alexis Brown Law, Chtd.

3